IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:01CR3110 |
| ) | |
| RAUL LONGORIA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 203, now set for February 3, 2011, at 12:30 p.m. until a date certain in approximately 60 to 90 days. The Court, being fully advised in the premises, and noting that the Government and probation office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until May 3, 2011, at 1:00 p.m. The defendant is ordered to appear at such time.

Dated this 2nd day of February, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge